UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-cr-232-T-30EAJ

SAMUEL WAHBA

**FORFEITURE MONEY JUDGMENT AND PRELIMINARY ORDER
OF FORFEITURE FOR SUBSTITUTE ASSETS**

The United States moves pursuant to 18 U.S.C. §§ 982(a)(7), 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a forfeiture money judgment (Doc. 24) in the amount of $5,281,931.00 against defendant Samuel Wahba, representing the amount of proceeds he obtained as a result of the conspiracy to commit health care fraud offenses, in violation of 18 U.S.C. § 1347, 18 U.S.C. § 1001(a)(2) and (a)(3), 18 U.S.C. § 1035(a)(2), and 42 U.S.C. § 1320a-7b(a)(3), all in violation of 18 U.S.C. § 371, as charged in Count One of the Information. In partial satisfaction of the defendant's money judgment, the United States also moves for a preliminary order of forfeiture under 21 U.S.C. § 853(p), incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), for the following substitute assets:

   a.  a 2013 Audi Q7 Quattro 4dr 3.0T S line Prestige, Vehicle Identification No. WA1DGAFE8DD014159;

   b.  a 1991 Porsche 911 coupe, Vehicle Identification No. WP0AA2960MS480314; and

      c.      a 2012 Thor Motor Coach, Vehicle Identification No. 1F66F5DY8C0A00325.

Being fully advised in the premises, the court hereby finds that as a result of the conspiracy to commit health care fraud, in violation of 18 U.S.C. § 371, for which he has been convicted as charged in Count One of the Information, the defendant obtained proceeds in the amount of $5,281,931.00.

To satisfy the defendant's money judgment, the court further finds that the United States is entitled, pursuant to 21 U.S.C. § 853(p), to forfeit any property belonging to the defendant as a substitute asset up to and including the amount of $5,281,931.00.

Accordingly, it is hereby ORDERED:

1. That the United States' motion (Doc. 24) is GRANTED.

2. Pursuant to 18 U.S.C. § 982(a)(7), 18 U.S.C § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant Samuel Wahba is liable to the United States of America for a forfeiture money judgment in the amount of $5,281,931.00, which represents the amount of proceeds the defendant obtained as a result of the conspiracy for which he was convicted in Count One of the Information.

3. In partial satisfaction of his money judgment, pursuant to the provisions of 21 U.S.C. § 853(p), incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), the assets described above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

4. The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of these assets and any property belonging to the defendant that the government may seek as substitute assets, up to the value of the money judgment, and to address any third party claim that may be asserted in these proceedings.

5. The defendant's money judgment will be credited with the net proceeds from the sale and disposition of forfeited property.

6. Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 3 at 11), this order of forfeiture will be final as to the defendant at the time it is entered.

**DONE AND ORDERED** in Tampa, Florida, on October 31, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2013\13-cr-232 Wahba fmj.docx